**Electronically Filed
Supreme Court
SCWC-18-0000150
20-NOV-2020
11:43 AM
Dkt. 5 ODAC**

SCWC-18-0000150

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RYAN M. GIUGLIANO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000150; CASE NO. 3DTA-17-00625)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J., and Circuit
Judge Somerville, assigned by reason of vacancy,
and McKenna, J., dissenting, with whom Wilson, J., joins)

Petitioner/Defendant-Appellant's Application for Writ
of Certiorari, filed on October 10, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Rowena A. Somerville

